IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff/<br>          Respondent,<br><br>     vs.<br><br>RENARD McCAIN KING,<br><br>          Defendant/<br>          Petitioner. | No. CR-F-91-068 OWW<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION FOR REDUCTION OF SENTENCE WITHIN 15 DAYS OF FILING DATE OF THIS ORDER |

    On January 20, 2009, Petitioner Renard McCain King, a federal prisoner proceeding *in pro per*, filed a "Motion for Reduction of Sentence" pursuant to 18 U.S.C. § 3621 and *Arrington v. Daniels*, 516 F.3d 1106 (9th Cir.2008).

    The United States is ordered to file a response to Petitioner's motion within 15 days of the filing date of this Order. Petitioner's reply, if any, shall be filed within 15 days thereafter.

///

1  IT IS SO ORDERED.

2  **Dated:   March 5, 2009**               **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE