IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-91-068 OWW |
| | ) | |
| | ) | SECOND ORDER DIRECTING |
| | ) | UNITED STATES TO RESPOND TO |
| Plaintiff/ | ) | PETITIONER'S MOTION FOR |
| Respondent, | ) | REDUCTION OF SENTENCE WITHIN |
| | ) | 15 DAYS OF FILING DATE OF |
| vs. | ) | THIS ORDER |
| | ) | |
| RENARD McCAIN KING, | ) | |
| | ) | |
| Defendant/ | ) | |
| Petitioner. | ) | |
| | ) | |

By Order filed on March 6, 2009 (Doc. 74), the United States was directed to file a response within 15 days to Petitioner's "Motion for Reduction of Sentence" pursuant to 18 U.S.C. § 3621 and *Arrington v. Daniels,* 516 F.3d 1106 (9th Cir.2008) (Doc. 73).

The United States has not complied with the March 6, 2009 Order.

The United States is ordered to file a response to Petitioner's motion within 15 days of the filing date of this Order. Petitioner's reply, if any, shall be filed within 15 days

1

thereafter.  All further proceedings shall be by Order of the Court.

IT IS SO ORDERED.

**Dated:   April 7, 2009**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE