```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  RENARD M. KING,              )  CASE NO. 1:91-CR-00068-REC (OWW)
                                 )
12              Petitioner,      )  ORDER GRANTING RESPONDENT'S
                                 )  MOTION FOR EXTENSION OF TIME TO
13  v.                           )  RESPOND TO MOTION FOR REDUCTION
                                 )  OF SENTENCE
14  UNITED STATES OF AMERICA,    )
                                 )
15              Respondent.      )
                                 )
16  _____)
17
18      On July 6, 2009, respondent requested a 30-day extension of time
19  from the date of filing his request to file its response to King's
20  Motion for Reduction of Sentence.
21      IT IS HEREBY ORDERED, that respondent's request for a 30-day
22  extension is granted.  The response is now due August 5, 2009.
23  DATED: July 7, 2009
24
                              /s/ OLIVER W. WANGER
25                            OLIVER W. WANGER
                              U.S. District Court Judge
26
27
28
                                    1
```

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 6, 2009, a copy of the [PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR REDUCTION OF SENTENCE was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California.  Addressee(s):

Renard McCain King
Fed. Reg. #55055-097
FCI Fort Worth
P.O. Box 15330
Fort Worth, TX 76119-5905

/s/ F. DaSILVA
F. DaSILVA