IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-91-068 OWW |
| | ) | |
| | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS AND |
| Plaintiff/ | ) | DISMISSING PETITIONER'S |
| Respondent, | ) | MOTION FOR REDUCTION OF |
| | ) | SENTENCE FOR LACK OF |
| vs. | ) | JURISDICTION |
| | ) | |
| RENARD McCAIN KING, | ) | |
| | ) | |
| | ) | |
| Defendant/ | ) | |
| Petitioner. | ) | |
| | ) | |
|_____| ) | |

Renard McCain King, a federal prisoner proceeding *in pro per*, has filed a motion for reduction of sentence pursuant to 18 U.S.C. 3621(e)(2)(B) and *Arrington v. Daniels*, 516 F.3d 1106 (9th Cir.2008).[1]

The United States moves to dismiss Petitioner's motion for lack of jurisdiction.

The United States' motion to dismiss is GRANTED and

_____

[1]Petitioner's motion actually cites 18 U.S.C. § 3621(c)(2)(B), which does not exist.

1

1   Petitioner's motion is DISMISSED FOR LACK OF JURISDICTION.

2      Petitioner contends that he has completed the forty hour

3   drug treatment program provided by the BOP but has been denied

4   the right to participate in the Residential Drug Abuse Program.

5   Petitioner contends that he has exhausted all available remedies

6   within the BOP and requests that the Court "grant any relief as

7   it may appear the petitioner is entitled."

8      Although captioned a motion for reduction of sentence,

9   Petitioner's motion actually challenges the execution of his

10   federal sentence.  Review of the execution of a sentence may be

11   had through a petition for writ of habeas corpus under 28 U.S.C.

12   § 2241.  A petition for review of the execution of a sentence

13   under Section 2241 must be filed in the District Court for the

14   District in which the petitioner is incarcerated.  Petitioner is

15   incarcerated at USP Coleman in Coleman, Florida.  Petitioner must

16   file a petition for writ of habeas corpus with the United States

17   District Court for the Middle District of Florida.

18      Petitioner's motion for reduction of sentence is DISMISSED

19   FOR LACK OF JURISDICTION.

20      IT IS SO ORDERED.

21   Dated:   September 21, 2009        /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26